Seth L. Goldstein, Esq.
Law Offices of Seth L. Goldstein
2100 Garden Road, Suite H-8
Monterey, CA 93940
Telephone (831) 372-9511
Facsimile (831) 372-9611

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON A., WILLIAM A., on behalf of themselves and their children C.A., T.A., D.A., and L.A., minors. | CASE NO. CV0718-GEB-GGH |
| PLAINTIFFS, | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE SECOND AMENDED FEDERAL CLAIMS FROM JANUARY 13, 2012, TO JANUARY 23, 2012:** |
| VS. | |
| ORLAND UNIFIED SCHOOL DISTRICT, SUE ANDERSON, JAMES CORONA, TERRY DEEN, DARCIE GILL, STEVE HISCOCK, and CHRISTOPHER VON KLEIST, AND DOES 1-100, | TRIAL DATE: NOT YET SET |
| DEFENDANTS. | |

**ORDER GRANTING PLAINTIFFS' REQUEST TO EXTEND DATE TO FILE SECOND AMENDED FEDERAL CLAIMS FROM JANUARY 13, 2012 TO JANUARY 23, 2012**

Plaintiffs', **SHANNON A., WILLIAM A., on behalf of themselves and their children C.A., T.A., D.A., and L.A., minors,** Motion to Extend Time to File Second Amended Federal Claims from January 13, 2012, to January 23, 2012, which Motion was unopposed by all Defendants, is:

**HEREBY GRANTED** for the reasons set forth in Plaintiffs' moving papers.

Plaintiffs' deadline to file their Second Amended Federal Claims is January 23, 2012.

**IT IS SO ORDERED:**

Dated: January 13, 2012

*[signature]*

GARLAND E. BURRELL, JR.
United States District Judge