IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON A., WILLIAM A., on behalf of themselves and their children: C.A., T.A., D.A., and L.A., minors,<br><br>        Plaintiffs,<br><br>    v.<br><br>ORLAND UNIFIED SCHOOL DISTRICT, SUE ANDERSON, JAMES CORONA, TERRY DEEN, DARCIE GILL, STEVE HISCOCK, and CHRISTOPHER VON KLEIST, AND DOES 1-100,<br><br>        Defendants. | 2:11-cv-0718-GEB-GGH<br><br><u>ORDER</u> |

      Plaintiffs have filed a request for an extension of time to oppose Defendant James Corona's Motion to Dismiss Plaintiffs' Third Amended Complaint. After considering Plaintiffs' request, the following schedule is set: Plaintiffs' shall file an opposition by July 2, 2012; Defendant Corona may file a reply by July 9, 2012. The motion will remain submitted unless the Court determines that a hearing is necessary after reviewing the parties submissions.

Dated: June 27, 2012

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge