IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON A., WILLIAM A, on behalf of themselves and their children: C.A., T.A., D.A., and L.A., minors,<br><br>        Plaintiffs,<br><br>    v.<br><br>SUE ANDERSON, JAMES CORONA, TERRY DEEN, DARCIE GILL, STEVE HISCOCK, CHRISTOPHER VONKLEIST,<br><br>        Defendants.<br>_____ | 2:11-cv-00718-GEB-GGH<br><br>RESPONSE TO NOTICE OF RELATED CASES |
| CHERRIE HAZLETT and TONY HAZLETT,<br><br>        Plaintiffs,<br><br>    v.<br><br>TERRY DEEN, CHRISTOPHER VON KLEIST, JASON BARMSON, CHRIS BOYLES, KELLY HAIGHT, STEVEN HISCOCK, TIM RYAN, S.J. JOHNSON, J.S. SOKSODA, and Z.L. LOPETEGUY,<br><br>        Defendants.<br>_____ | 2:12-cv-01782-WBS-DAD |

      Defendants Terry Dean, Chris Von Kleist, Jason Bramson, Chris Boyles, Kelley Haight, Steve Hiscock, and Tim Ryan ("Defendants") filed a Notice of Related Cases on November 5, 2012, in which they seek to have case number 2:12-cv-01782-WBS-DAD related to case number 2:11-cv-

1

00718-GEB-GGH.  Defendants, however, have not shown a sufficient basis to relate the actions. Therefore, they will not be related.

Dated:  November 5, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge