# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Shannon A., William A, C.A., T.A.,
D.A., and L.A.,

                 Plaintiffs,

   vs.

ORLAND UNIFIED SCHOOL DISTRICT
(hereinafter OUSD), Sue ANDERSON,
James CORONA, Terry DEEN, Darcie
GILL, Steve HISCOCK, Christopher
VONKLEIST, and DOES 1 - 100,


                 Defendants.

_____/

Case Number: 2:11-cv-00718-TLN-DAD


ORDER APPOINTING GUARDIAN AD
LITEM

     **Based on the request by Plaintiffs through their counsel of record, and good cause appearing, it is hereby ordered that**:

     Plaintiff William A., as the parent of his sons named as Minor Plaintiffs, C.A., T.A., D.A., and L.A.,, in this action is hereby appointed *Guardian ad litem* for said Minor Plaintiffs, *nunc pro tunc* from the date of filing of this action and until such time as each of the Minor Plaintiffs achieves the age of majority.

Dated: August 30, 2013

_____

Troy L. Nunley
United States District Judge