# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shannon A., William A, C.A., T.A., D.A., and L.A., | Case Number: 2:11-cv-00718-TLN-DAD |
| Plaintiffs, | |
| vs. | ORDER APPOINTING GUARDIAN AD LITEM |
| ORLAND UNIFIED SCHOOL DISTRICT (hereinafter OUSD), Sue ANDERSON, James CORONA, Terry DEEN, Darcie GILL, Steve HISCOCK, Christopher VONKLEIST, and DOES 1 - 100, | |
| Defendants. | |

_____/

      **Based on the request by Plaintiffs through their counsel of record, and good cause appearing, it is hereby ordered that**:

      Plaintiff William A., as the parent of his sons named as Minor Plaintiffs, C.A., T.A., D.A., and L.A.,, in this action is hereby appointed *Guardian ad litem* for said Minor Plaintiffs, *nunc pro tunc* from the date of filing of this action and until such time as each of the Minor Plaintiffs achieves the age of majority.

Dated: August 30, 2013

                                                 _____

                                      Troy L. Nunley
                                      United States District Judge